ORIGINAL


FILED

11/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0621

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0621

A.J.B. and O.F.,

Petitioners,

v.

MONTANA EIGHTEENTH JUDICIAL
DISTRICT COURT, GALLATIN COUNTY,
HON. ANDREW J. BREUNER, Presiding,

Respondent.

FILED

NOV 0 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Petitioner A.J.B., on behalf of herself and her child O.F., seeks a writ of supervisory control to reverse the October 25, 2022 Opinion and Order Re Request for EPS Hearing of the Eighteenth Judicial District Court, Gallatin County, in its Cause No. DN-22-27D. In that Order, the District Court denied A.J.B.'s request for an Emergency Protective Services hearing because the court determined that § 41-3-306(7), MCA, barred such hearing in dependent neglect cases that implicate the Indian Child Welfare Act (ICWA). The court further denied A.J.B.'s constitutional challenge to that statute.

Having reviewed the Petition and the challenged Order, and further noting that A.J.B. has filed a Notice of Constitutional Challenge to § 41-3-306(7), MCA, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Eighteenth Judicial District Court and the State of Montana, or both, are each granted thirty days from the date of this Order, to prepare, file, and serve a response to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighteenth Judicial District Court, Gallatin County, Cause No. DN-22-27D, and the Honorable Andrew J. Breuner, presiding.

DATED this 3rd day of November, 2022.

For the Court,

By _____
                    Justice